**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com
Email: rcurtis@fennemorelaw.com

*Attorney for Defendants Shane Striley,*
*Jeremy Azevedo, Christopher Hooks,*
*Thomas Brackett, and George Tuiaana*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135, a labor organization and unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTIMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TIUAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,<br><br>Defendants. | Case No. 2:25-cv-01626-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br>**(First Request)** |

Plaintiffs INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS and LOCAL #135 ("Plaintiffs"), by and through their counsel of record, and Defendants SHANE STRILEY, JEREMY AZEVEDO, CHRISTOPHER HOOKS,

THOMAS BRACKETT, and GEORGE TIUAANA ("Defendants"), by and through their counsel, hereby stipulate and agree to extend time for Defendants to submit their answer(s) or other response(s) to Plaintiff's Complaint (ECF No. 1). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of this deadline.

Good cause exists for this extension. At present, the earliest of Defendant's answers or other responsive pleadings are due on September 24, 2025. However, (1) with defense counsel only recently having been retained, (2) with the Complaint containing multiple issues requiring analysis, and (3) due to defense counsel's other pending caseload, defense counsel needs an additional three (3) weeks, through October 15, 2025, to prepare and file Defendants' responsive pleading(s).

Accordingly, the parties STIPULATE and AGREE that Defendants shall have up to and including October 15, 2025 to submit their answer(s) or other pleading(s) responsive to ECF No. 1.

**IT IS SO STIPULATED.**

Dated: September 23, 2025

**REESE RING VELTO, PLLC**

By: /s/ Nathan R. Ring
Nathan R. Ring, Esq. (SBN 12078)
Paul Cotsonis, Esq. (SBN 8786)
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Tel.: (725)235-9750
Email: nathan@rrvlawyers.com

Dated: September 23, 2025

**FENNEMORE CRAIG, P.C.**

By: /s/ Shannon S. Pierce
Shannon S. Pierce, Esq., (SBN 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel.: (775) 788-2200
Email: spierce@fennemorelaw.com
*Attorney for Defendants Shane Striley, Attorney for Plaintiff Ricardo Gamboa Jeremy Azevedo, Christopher Hooks, Thomas Brackett, and George Tuiaana*

**IT IS SO ORDERED.**

Dated: September 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2