UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS, LOCAL 135,<br><br>Plaintiff,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, et al.,<br><br>Defendants. | Case No. 2:25-cv-01626-JCM-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is a stipulation to accept and waive service and extend the deadline to file a response to the countercomplaint. Docket No. 18.

Local Rule IA 6-1 provides that a "motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted."

In the instant filing, the parties seek an extension of Counterdefendants' deadline to file a response to the countercomplaint. Docket No. 18. The stipulation fails to provide a reason for the extension requested. *See* Docket No. 18; *see also* Local Rule IA 6-1.

Accordingly, the instant stipulation is **DENIED** without prejudice. Docket No. 18.

IT IS SO ORDERED.

Dated: October 31, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1