

Nathan R. Ring, Nevada Bar No. 12078
Bradley Combs, Nevada Bar No. 16391
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
brad@rrvlawyers.com
*Attorneys for Counterdefendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135, a labor organization and unincorporated association, Plaintiffs,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTIMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TIUAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC, Defendants.<br><br>SHANE STRILEY; JEREMY AZEVEDO; CHRISTOPHER HOOKS, THOMAS BRACKETT; GEORGE TUIANNA, | Case No.: 2:25-cv-01626-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO ACCEPT AND WAIVE SERVICE FOR GERALD BRAGG AND DANIEL HAGUEWOOD AND EXTEND TIME TO RESPOND TO COUNTER-COMPLAINT** |

1

individually and collectively in their capacity as trustees of the Local 135 JATC

Counterclaimants

v.

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association, GERALD BRAGG, an individual in his capacity as president of Local #135; and Daniel HAguewood, an individual in his capacity as business manager of Local #135,

Counter-Defendants

Counterdefendants, INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135 ("LOCAL #135"), GERALD BRAGG, and DANIEL HAGUEWOOD ( collectively "Counterdefendants"), by and through their attorneys of record, REESE RING VELTO, PLLC, and Counterclaimants JEREMY AZEVEDO, CHRISTOPHER HOOKS, THOMAS BRACKETT, SHANE STRILEY, and GEORGE TUIAANA, by and through their attorneys of record FENNEMORE CRAIG stipulate to accept and waive formal service on GERALD BRAGG and DANIEL HAGUEWOOD under FRCP 4(d) and allow all Counterdefendants INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135, GERALD BRAGG and DANIEL HAGUEWOOD to provide a responsive pleading to the subject countercomplaint by November 21, 2025.

Pursuant to Local Rule IA 6-1, and the Court's Order dated October 31, 2025 (Doc. 19), the Parties note that this is the first extension requested for a response to the Counterclaim filed on October 15, 2025. Further, because Counterdefendant LOCAL # 135 is an existing party, it would normally have 21 days to respond to the Counterclaim pursuant to Rule 12(a), but Counterdefendants GERALD BRAGG and DANIEL HAGUEWOOD are new parties and are waiving formal services under Rule 4(d), the response deadlines would be different. That is, due to the agreement to accept and waive



service for GERALD BRAGG and DANIEL HAGUEWOOD, those Counterdefendants would have up to 60 days from the request for waiver pursuant to Rule 4(d)(3).

The agreement of the Parties to allow a single response from all three Counterdefendants by November 21, 2025, extends the time for LOCAL #135 to respond from November 5, 2025, to November 21, 2025, but shortens the time for GERALD BRAGG and DANIEL HAGUEWOOD to file a response, which could have been in due late December 2025. The stipulation assists in moving this case forward more quickly and for purposes of judicial economy, will permit a single responsive document from all Counterdefendants versus having multiple responsive documents filed (one for Local 135 and one for Bragg and Haguewood). Accordingly, the agreement by the Parties to allow all Counterdefendants to respond to the Counterclaim by November 21, 2025, is intended to expedite the matter and not unduly delay the matter. The request is made in good faith and for purposes of furthering judicial economy.

| Dated: November 3, 2025 | Dated: November 3, 2025 |
|---|---|
| /s/ Nathan Ring<br>Nathan R. Ring<br>Nevada Bar No. 12078<br>Bradley C.W. Combs<br>Nevada Bar No. 16391<br>REESE RING VELTO, PLLC<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, NV 89102<br>*Attorneys for Counterdefendants* | /s/ Ryan Curtis<br>Shannon S. Pierce<br>Nevada Bar No. 12471<br>Ryan C. Curtis<br>Nevada Bar No. 12949<br>FENNEMORE CRAIG, PC<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>*Attorneys for Counterplaintiffs* |



**ORDER**

Having considered the stipulation of the parties and the representations therein, and with good cause appearing, it is hereby ordered that the following deadlines are now set:

| DEADLINE | CURRENT DEADLINE | NEW PROPOSED DEADLINE |
|---|---|---|
| Time for Counterdefendants to File Responsive Pleading | November 4, 2025 | November 21, 2025 |

IT IS SO ORDERED:

Dated: November 4, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4