IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135, a labor organization and unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTIMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TIUAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,<br><br>Defendants.<br><br>SHANE STRILEY; JEREMY AZEVEDO; CHRISTOPHER HOOKS, THOMAS BRACKETT; GEORGE TUIANNA, | Case No.: 2:25-cv-01626-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTER-COMPLAINT**<br><br>**[SECOND REQUEST]** |

1

| | |
|---|---|
| 1 | individually and collectively in their capacity as trustees of the Local 135 JATC |
| 2 | |
| | Counterclaimants |
| 3 | v. |
| 4 | INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association, GERALD BRAGG, an individual in his capacity as president of Local #135; and Daniel HAguewood, an individual in his capacity as business manager of Local #135, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Defendants |

Counterdefendants, INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS; LOCAL #135 ("LOCAL #135"), GERALD BRAGG, and DANIEL HAGUEWOOD ( collectively "Counterdefendants"), by and through their attorneys of record, REESE RING VELTO, PLLC, and Counterclaimants JEREMY AZEVEDO, CHRISTOPHER HOOKS, THOMAS BRACKETT, SHANE STRILEY, and GEORGE TUIAANA, by and through their attorneys of record FENNEMORE CRAIG stipulate to allow LOCAL #135 to file its response to Counterclaimant's Counter-Complaint.

Good cause exists for the request. The reason for the requested extension is that Counterdefendants' counsel's spouse is a member of the Nevada State Senate and last week the Nevada Legislature was called into Special Session by Governor Lombardo. The Special Session is still ongoing as of today. As a result, Counterdefendants' counsel has been caring for his three young children, ages four and under since Thursday, November 13, 2025. Though the children attend daycare or preschool during the week, counsel's ability to complete work on response to the Countercomplaint has been further complicated by one of his children being sent home from preschool ill. Their normal backup babysitter is currently unable to assist because she is recovering from a broken leg.

Counterdefendants' counsel asked Counterclaimants' counsel for an extension to respond to the Countercomplaint on November 19, 2025. Counterclaimants' counsel graciously agreed to stipulate to such an extension. The requested extension is only through November 26, 2025, which is a five-calendar day extension.

Accordingly, based on the agreement by the Parties, through counsel, the Parties stipulate and agree that all Counterdefendants shall respond to the Counterclaims by November 26, 2025. This request is made in good faith and with good cause. It is not intended to unduly delay this matter.

Dated: November 19, 2025

/s/ Nathan Ring
Nathan R. Ring
Nevada Bar No. 12078
Bradley C.W. Combs
Nevada Bar No. 16391
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
*Attorneys for Counterdefendants*

Dated: November 19, 2025

/s/ Ryan C. Curtis
Shannon S. Pierce
Nevada Bar No. 12471
Ryan C. Curtis
Nevada Bar No. 12949
FENNEMORE CRAIG, PC
7800 Rancharrah Parkway
Reno, NV 89511
*Attorneys for Counterplaintiffs*

## ORDER

Having considered the stipulation of the parties and the representations therein, and with good cause appearing, it is hereby ordered that the following deadlines are now set:

| DEADLINE | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Time for Counterdefendants to File Responsive Pleading | November 21, 2025 | November 26, 2025 |

IT IS SO ORDERED:
Dated: November 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE