# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| International Association of Heat & Frost Insulators & Allied Workers, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> The Local 135 Joint Apprenticeship & Training Committee, et al., <br><br> Defendant(s). | Case No. 2:25-cv-01626-JCM-NJK <br><br> **Order** |

This case involves several parties. On September 2, 2025, a summons was issued for the Local 135 Joint Apprenticeship & Training Committee ("Committee"), Docket No. 3-4, but the docket does not reflect service of that summons. Defendant Altimirano was served on September 3, 2025, Docket No. 7, but has not appeared and default has not been sought. Defendant Valoaga was served on September 19, 2025, Docket No. 11, but has not appeared and default has not been sought.[1] Plaintiffs must file a status report as to the Committee, Altimirano, and Valoaga by December 5, 2025.

IT IS SO ORDERED.

Dated: November 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Despite the absence of these three defendants, the case is otherwise moving forward. *See* Docket No. 25 (scheduling order).