1  **FENNEMORE CRAIG, P.C.**
   Shannon S. Pierce (Bar No. 12471)
2  Ryan C. Curtis (Bar No. 12949)
   7800 Rancharrah Parkway
3  Reno, NV 89511
   Telephone: (775) 788-2200
4  Facsimile: (775) 786-1177
   Email: spierce@fennemorelaw.com
5  Email: rcurtis@fennemorelaw.com

6  *Attorneys for Defendants/Counterclaimants*
   *Shane Striley, Jeremy Azevedo, Christopher Hooks,*
7  *Thomas Brackett, and George Tuiaana*

8                **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association, | Case No. 2:25-cv-01626-JCM-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTER-COMPLAINT** |
| v. | |
| THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTAMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TUIAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC, | [FIRST REQUEST] |
| Defendants. | |

SHANE STRILEY, JEREMY AZEVEDO; CHRISTOPHER HOOKS, THOMAS BRACKETT; GEORGE TUIAANA, individually and collectively in their capacity as trustees of the Local 135 JATC,

Counterclaimants,

v.

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association GERALD BRAGG, an individual in his capacity as president of Local # 135; and Daniel Haguewood, an individual in his capacity as business manager of Local # 135,

Counter-Defendants.

Defendants/Counterclaimants SHANE STRILEY, JEREMY AZEVEDO, CHRISTOPHER HOOKS, THOMAS BRACKETT, and GEORGE TUIAANA ("Counterclaimants"), by and through their attorneys of record, FENNEMORE CRAIG., P.C., and Plaintiff/Counterdefendants INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, GERALD BRAGG, and DANIEL HAGUEWOOD ("Counterdefendants"), by and through their attorneys of record, REESE RING VELTO, PLLC, stipulate to extend time for Counterclaimants to respond to Counterdefendants' Motion to Dismiss. The current deadline is December 10, 2025, and the parties stipulate to a two-week extension to December 24, 2025.

Good cause exists for this request. The reason for the requested extension is that based on the Court's ruling yesterday (ECF 36) denying Counterdefendants' Motions for Preliminary Injunction and Temporary Restraining Order (ECF 28 and ECF 29), the parties have discussed possible resolutions to this matter that include multiple options available to them. Some of the potential options would include resolving this matter outside of court. The Parties to this stipulation

also note there has been significant other briefing in recent days related to the recently resolved Motions for Preliminary Injunction and Temporary Restraining Order and Counterdefendants Motion and forthcoming expedited response to Counterdefendants' Motion to Extend Time to Serve Defendant, The Local 135 JATC Joint Apprenticeship & Training Trust (ECF 34). Through its Minute Entry on December 8, 2025, the Court required Defendant Trustees to respond to the Motion to Extend by December 9, 2025 (today). Counsel for the Parties to this Stipulation discussed the Court's ruling on the Motions for Preliminary Injunction and Temporary Restraining Order, possible methods of resolving this case, and minimizing unnecessary briefings.

Accordingly, based on the Agreement of the Parties through counsel, the Parties stipulate and agree that Counterclaimants shall respond to Counterdefendants' Motion to Dismiss by December 24, 2025. This request is made in good faith with good cause. It is not intended to delay this matter.

Dated: December 9, 2025.

**FENNEMORE CRAIG, P.C.**

/s/ Ryan C. Curtis

Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Email: spierce@fennemorelaw.com
Email: rcurtis@fennemorelaw.com
*Attorneys for Defendants/Counterclaimants
Shane Striley, Jeremy Azevedo,
Christopher Hooks, Thomas Brackett, and George Tuiaana*

**REESE RING VELTO, PLLC**

/s/ *Nathan Ring*
Nathan R. Ring
Nevada Bar No. 12078
Bradley C.W. Combs
Nevada Bar No. 16391
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV 89102

3

**ORDER**

Having considered the stipulation of the parties and the representations therein, and with good cause appearing, it is hereby ordered that the following deadlines are now set:

| DEADLINE | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Time for Counterclaimants to file Response to Motion to Dismiss | December 10, 2025 | December 24, 2025 |

IT IS SO ORDERED: December 12, 2025.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTER-COMPLAINT** on the parties set forth below by:

| | |
|---|---|
| _____ | Hand delivery at parties' 16.1 conference |
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Via email, per the parties' agreement |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| __XX__ | E-service effected by CM/ECF |

addressed as follows:

Reese Ring Velto, PLLC
Nathan R. Ring, Esq.
Paul Cotsonis, Esq.
3100 West Charleston Blvd. Suite 208
Las Vegas, Nevada 89102
nathan@rrvlawyers.com

DATED this 9th day of December 2025.

/s/ *Madelaine Shek*
Employee of FENNEMORE CRAIG, P.C.

62784677