# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

INTERNATIONAL ASSOCIATION OF
HEAT & FROST INSULATORS & ALLIED
WORKERS, LOCAL #135,

                    Plaintiff(s),

    v.

THE LOCAL 135 JOINT APPRENTICESHIP
& TRAINING COMMITTEE, et al.,

                    Defendant(s).

Case No.2:25-CV-1626  JCM (NJK)

ORDER

On November 26, 2025, plaintiff/counterdefendant International Association of Heat & Frost Insulators & Allied Workers, Local 135, filed a motion to dismiss the counterclaims made by defendants/counterclaimants Shane Striley, Jeremy Azevedo, Christopher Hooks, Thomas Brackett, and George Tuiaana.  (ECF No. 27).

The parties filed a stipulation for an extension of time on December 9, 2025, requesting the court to extend the counterclaimants' opposition deadline from December 10, 2025, to December 24, 2025.

Out of an abundance of caution, counterclaimants filed a short opposition on December 10. (ECF No. 38).  In it, they ask that, if the court grants the stipulation, they be allowed to either withdraw their opposition and file a more complete response or supplement the filing.  The court granted the stipulation on December 12, 2025.  (ECF No. 42).

ACCORDINGLY,

With good cause appearing, the court HEREBY ORDERS the parties to file supplemental briefings on the motion to dismiss.  (ECF No. 27).  Counterclaimants shall have fourteen (14) days

from the date of this order to file a surreply, and counterdefendants shall have seven (7) days to respond.

DATED January 28, 2026.

_____
UNITED STATES DISTRICT JUDGE