**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com
Email: rcurtis@fennemorelaw.com

*Attorneys for Defendants/Counterclaimants*
*Shane Striley, Jeremy Azevedo, Christopher Hooks,*
*Thomas Brackett, and George Tuiaana*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTAMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TUIAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,<br><br>Defendants. | Case No.  2:25-cv-01626-JCM-NJK<br><br>**JOINT MOTION AND     ORDER TO CONTINUE STAY**<br><br>[FIRST REQUEST] |

SHANE STRILEY, JEREMY AZEVEDO; CHRISTOPHER HOOKS, THOMAS BRACKETT; GEORGE TUIAANA, individually and collectively in their capacity as trustees of the Local 135 JATC,

Counterclaimants,

v.

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association GERALD BRAGG, an individual in his capacity as president of Local # 135; and Daniel Haguewood, an individual in his capacity as business manager of Local # 135,

Counter-Defendants.

Defendants/Counterclaimants SHANE STRILEY, JEREMY AZEVEDO, CHRISTOPHER HOOKS, THOMAS BRACKETT, and GEORGE TUIAANA ("Defendants/Counterclaimants"), by and through their attorneys of record, FENNEMORE CRAIG., P.C., Defendant/Counterclaimant The Local 135 Joint Apprenticeship & Training Committee ("JATC") by and through its attorneys of record, BROWNSTEIN HYATT FARBER SCHRECK, LLP, and Plaintiff/Counter-Defendants INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135 ("Union"), GERALD BRAGG, DANIEL HAGUEWOOD, and AARON QUIROZ (collectively "Plaintiff/Counter-Defendants"), by and through their attorneys of record, REESE RING VELTO, PLLC, hereby submit this Joint Motion Continue Stay in this case until August 15, 2026.

The Court stayed the case until June 30, 2026, and ordered that the parties jointly report the progress of mediation not later than April 30, 2026, and every 30 days thereafter. (ECF No. 64, at p. 8). The Court also referred the case to the Court's mediation services. *Id*. The matter was then referred to Magistrate Judge Daniel L. Albregts for a Settlement Conference, which has been scheduled for July 16, 2026, at 10:00 a.m., which the Court noted was the first available date on

2

which Judge Albregts could conduct a settlement conference. (ECF No. 66, at p. 1, n.1). Accordingly, Judge Albregts noted that the Parties "may seek to continue the stay by filing the appropriate motion." *Id*.

Accordingly, the Parties respectfully submit this Joint Motion to Continue the Stay until August 15, 2026, approximately 30 days after the scheduled Settlement Conference.

This Joint Motion to Continue the Stay is not intended to delay the case but to allow the parties to engage in meaningful settlement discussions and the scheduled Settlement Conference through Court-assisted mediation and finalize a potential settlement. The Parties have conferred by email and have mutually agreed to continue working together to resolve as many issues as possible regarding revisions to the governing documents at issue (including the (1) the Union's bylaws; (2) the JATC Bylaws; and (3) the JATC Trust Agreement) so that the Settlement Conference can potentially foster a resolution to those documents and resolve the case. This joint effort may include exchanging desired potential terms to the documents at issue and exchanging drafts. The parties will then present unresolved issues in required Settlement Conference Statements to Magistrate Judge Albregts as required in his Order dated April 7, 2026. (ECF No. 66). Following the scheduled Settlement Conference, the Parties anticipate either finalizing a settlement and dismissing the case, or notifying the Court that mediation and settlement was not successful.

The Parties further propose that they continue to provide the Court with joint mediation progress reports every 30 days while the stay is in effect.

///

///

///

///

3

Dated: April 15, 2026.

**FENNEMORE CRAIG, P.C.**

Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
*Attorneys for Defendants/Counterclaimants*
*Shane Striley, Jeremy Azevedo,*
*Christopher Hooks, Thomas Brackett, and George Tuiaana*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/S/ Christopher Humes*
Bryce C. Loveland
Nevada Bar No. 10132
Christopher M Humes
Nevada Bar No.  12782
William D. Nobriga
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-2102
*Attorneys for Defendant/Counterclaimant*
*Local 135 Joint Apprenticeship and*
*Training Committee*
**REESE RING VELTO, PLLC**

*/s/ Nathan Ring*
Nathan R. Ring
Nevada Bar No. 12078
Alex Velto
Nevada Bar No. 14961
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV  89102
*Attorneys for Plaintiff / Counter-Defendants*
*International Association of Heat & Frost*
*Insulators & Allied Workers Local #135,*
*Gerald Bragg, and Daniel Haguewood*

## ORDER

Having considered the Joint Motion of the parties and the representations therein, and with good cause appearing, it is hereby ordered that the stay of Case 2:25-cv-01626-JCM-NJK set forth in this Court's Order dated April 1, 2026 (ECF No. 64) is hereby continued until August 25, 2026 .

It is further ordered that the parties shall jointly report the progress of mediation not later than May 29, 2026 and every 30 days thereafter while the case remains stayed.

DATED April 20, 2026.

_James C. Mahan_
_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **JOINT MOTION TO CONTINUE STAY** on the parties set forth below by:

_____    Hand delivery at parties' 16.1 conference

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____    Certified Mail, Return Receipt Requested

_____    Via email, per the parties' agreement

_____    Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____    Federal Express (or other overnight delivery)

\_\_\_XX\_\_\_    E-service effected by CM/ECF

addressed as follows:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Bryce C. Loveland
Christopher M Humes
William D. Nobriga
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-2102
bcloveland@bhfs.com
chumes@bhfs.com
wnorbriga@bhfs.com

**REESE RING VELTO, PLLC**
Nathan R. Ring
Alex Velto
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV  89102
nathan@rrvlawyers.com
alex@rrvlawyers.com

DATED this 15th day of April 2026.

/s/ *Theresa M. Manginelli*
Employee of FENNEMORE CRAIG, P.C.

63999267.1

6