**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com
Email: rcurtis@fennemorelaw.com

*Attorneys for Defendants/Counterclaimants*
*Shane Striley, Jeremy Azevedo, Christopher Hooks,*
*Thomas Brackett, and George Tuiaana*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee Benefit trust governed by ERISA; and ANDRES ALTAMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TUIAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,<br><br>Defendants. | Case No.  2:25-cv-01626-JCM-NJK<br><br>**REQUEST FOR EXCEPTION TO PARTY'S ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>[FIRST REQUEST] |

65316569

SHANE STRILEY, JEREMY AZEVEDO; CHRISTOPHER HOOKS, THOMAS BRACKETT; GEORGE TUIAANA, individually and collectively in their capacity as trustees of the Local 135 JATC,

Counterclaimants,

v.

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS LOCAL #135, a labor organization and unincorporated association GERALD BRAGG, an individual in his capacity as president of Local # 135; and Daniel Haguewood, an individual in his capacity as business manager of Local # 135,

Counter-Defendants.

Defendants/Counterclaimants SHANE STRILEY, JEREMY AZEVEDO, CHRISTOPHER HOOKS, THOMAS BRACKETT, and GEORGE TUIAANA ("Defendants/Counterclaimants"), by and through their attorneys of record, Fennemore Craig, P.C., hereby request an exception to the attendance requirements set forth in the Court's Order Setting Settlement Conference (ECF No. 66) (the "Order") for Defendants/Counterclaimants' insurance carrier and its authorized representative at the settlement conference scheduled for July 23, 2026 at 10:00 a.m. (ECF No. 70). Defendants/Counterclaimants will all be in attendance, but believe good cause exists for excusing an authorized representative of their insurance carrier because the remaining issues for settlement are equitable and not financial in nature and presence of the insurance carrier is not necessary to advance settlement.

This request is timely pursuant to the Order (ECF No. 66) because it is being filed at least 14 days prior to the settlement conference.

///

///

///

65316569

2

## I.    LEGAL ANALYSIS

In relevant part, the Order states that,

> If any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim must also be present for the duration of the [Settlement Conference].
>
> …
>
> An attorney of record, individual parties, a fully-authorized representative, and a fully-authorized insurance representative must appear unless the court enters an order granting a request for exception.

Order, ECF No. 66 at 2, ¶¶ 2, 4.

Defendants/Counterclaimants have coverage under a Trustee and Fiduciary Liability Insurance policy issued by Markel American Insurance Company and administered through Ullico Casualty Group, LLC (collectively, "Ullico") (Policy No. MFL0040246-00), under which they have submitted a claim for coverage pursuant to Claim No. 2025-100344. Defendants/Counterclaimants believe Ullico's attendance is unnecessary, however, because Ullico's settlement authority is not required to resolve the issues remaining for the settlement conference that are equitable in nature.

The remaining issue to be resolved at the settlement conference concerns a proposed amendment to Plaintiff International Association of Heat & Frost Insulators & Allied Workers Local #135's ("Plaintiff Union") bylaws. Specifically, and as noted in a recent Joint Mediation Progress Report filed June 30, 2026, the remaining issue is whether the Union should hold a special election for Union Trustees to the JATC, or whether they may continue in their positions until the next normal election for terms starting January 2028. (Dkt. 72 at 2:8-12). Defendants/Counterclaimants understand that, if the parties reach agreement on that non-monetary resolution, the matter can be resolved without any contribution, payment, or exercise of settlement authority by Ullico. As this Court has recognized, "settlement conferences are not meaningful absent attendance by those with settlement authority." *Hologram USA, Inc. v. Pulse Evolution Corp.*, No. 2:14-CV-00772-GMN, 2015 WL 5165390, at *3 (D. Nev. Sept. 3, 2015). Here, however, the remaining issues among the parties are equitable in nature and do not include a

monetary component. Accordingly, Defendants/Counterclaimants believe Ullico's presence would not materially advance settlement discussions because the relief under discussion does not require insurance-funded payment authority, claims-adjudication discretion, or coverage-related decision-making. Attendance in person would place an unnecessary burden on the non-party insurance carrier. The individual Defendants/Counterclaimants will have authority to address the remaining non-monetary issues, including the proposed bylaw amendment.

## II.      CONCLUSION

Good cause therefore exists to excuse Ullico and its authorized representative from appearing at the July 23, 2026 settlement conference. Defendants/Counterclaimants respectfully request that the Court grant this request for exception. A proposed order is attached hereto.

Dated: July 7, 2026

**FENNEMORE CRAIG, P.C.**

Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200

*Attorneys for Defendants/Counterclaimants*
*Shane Striley, Jeremy Azevedo,*
*Christopher Hooks, Thomas Brackett, and*
*George Tuiaana*

65316569                                   4

## ORDER

Having considered Defendants/Counterclaimants' Request for Exception to Party's Attendance at Settlement Conference, and with good cause appearing, it is hereby ordered that Defendants/Counterclaimants' insurance carrier and its authorized representative is excused from mandatory attendance at the July 23, 2026 settlement conference.

**IT IS SO ORDERED.**

DATED: 7/10/2026

_____
UNITED STATES MAGISTRATE JUDGE

65316569

5

## CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the

**REQUEST FOR EXCEPTION TO PARTY'S ATTENDANCE AT SETTLEMENT CONFERENCE**

on the parties set forth below by:

_____     Hand delivery at parties' 16.1 conference

_____     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____     Certified Mail, Return Receipt Requested

_____     Via email, per the parties' agreement

_____     Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____     Federal Express (or other overnight delivery)

__XX__     E-service effected by CM/ECF

addressed as follows:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Bryce C. Loveland
Christopher M Humes
William D. Nobriga
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-2102
bcloveland@bhfs.com
chumes@bhfs.com
wnorbriga@bhfs.com

**REESE RING VELTO, PLLC**
Nathan R. Ring
Alex Velto
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV  89102
nathan@rrvlawyers.com
alex@rrvlawyers.com

DATED this 7th day of July 2026.

/s/ *Gina G. Zayat*
Employee of FENNEMORE CRAIG, P.C.

65316569                                                    6