Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382.2101
Facsimile: (702) 382.813
Email: bcloveland@bhfs.com
chumes@bhfs.com
wnobriga@bhfs.com

*Attorneys for Defendant Local 135 Joint Apprenticeship and Training Committee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS, LOCAL #135, a labor organization and unincorporated association,

Plaintiff,

v.

THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee benefit trust governed by ERISA; ANDRES ALTAMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TUIAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,

Defendants.

And all related Counterclaimants and Counter-defendants

CASE NO: 2:25-cv-01626-JCM-NJK

**STIPULATION AND JOINT REQUEST TO CONTINUE STAY OF PROCEEDINGS**



52736180.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101

Pursuant to the Court's July 23, 2026, Order (ECF No. 70), the Parties represented by undersigned counsel, hereby submit this Stipulation and Joint Request to Continue Stay of Proceedings. As reported in the Parties' previous Progress Report, the parties have engaged in lengthy settlement efforts, including a settlement conference, discussing various forms of resolution to this case. The parties ultimately agreed to allow the Plaintiff/Counterdefendant International Association of Heat & Frost Insulators & Allied Workers, Local #135 (the "Union") to conduct a vote through its membership to determine if the Union should continue the instant litigation. *See* ECF No. 76, at 3.

On August 17, 2026, the Union held the vote, which resulted in a majority electing to proceed. Given this outcome, the parties are assessing a variety of paths forward, including resuming discovery by negotiating a new scheduling order for presentation to the Court, seeking a continued stay of this case until the Court rules on pending Motions to Dismiss, or possible actions relating to adoption of new Union Bylaws. *See* ECF No. 76, at 4.

The parties are currently in active discussion to determine if they can agree to a joint request to the Court regarding how to proceed. They therefore respectfully request that the Court continue the stay for an additional 14-day period, until September 8, 2026. On or before that date, the parties will either provide a joint request regarding how to move the case forward to the Court for approval, or alternatively will present competing proposals for the Court's consideration.

As this Court knows, it has "inherent authority to stay federal proceedings pursuant to its docket management powers." *Ernest Bock, LLC v. Steelman*, 76 F.4th 827, 842 (9th Cir. 2023). A very short stay such as the one requested here is well within the Court's discretion. Additionally, this request is not meant to delay this matter further, but in the interests of conservation of resources and judicial economy, allows the parties an opportunity to eliminate any controversy or argument, and necessary Court intervention, regarding how to proceed. The parties therefore respectfully request that the Court maintain the current stay for 14 days, until September 8, 2026.

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

Dated: August 25, 2026.

**FENNEMORE CRAIG, P.C.**

/s/ Ryan C. Curtis
Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
*Attorneys for Defendants/Counterclaimants Shane Striley, Jeremy Azevedo, Christopher Hooks, Thomas Brackett, and George Tuiaana*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes
Bryce C. Loveland
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
William D. Nobriga
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-2102
*Attorneys for Defendant/Counterclaimant Local 135 Joint Apprenticeship and Training Committee*

**REESE RING VELTO, PLLC**

/s/ Nathan R. Ring
Nathan R. Ring
Nevada Bar No. 12078
Alex R. Velto
Nevada Bar No. 14961
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV 89102
*Attorneys for Plaintiff / Counter-Defendants International Association of Heat & Frost Insulators & Allied Workers Local #135, Gerald Bragg, and Daniel Haguewood*

**O R D E R**

**IT IS SO ORDERED.**

James C. Mahan
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 26, 2026

**Case No. 2:25-cv-01626-JCM-NJK**