Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382.2101
Facsimile: (702) 382.813
Email: bcloveland@bhfs.com
chumes@bhfs.com
wnobriga@bhfs.com

*Attorneys for Defendant/Counterclaimant Local 135 Joint Apprenticeship and Training Committee*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS, LOCAL #135, a labor organization and unincorporated association,

Plaintiff,

v.

THE LOCAL 135 JOINT APPRENTICESHIP & TRAINING COMMITTEE, an employee benefit trust governed by ERISA; ANDRES ALTAMIRANO, an individual in his capacity as former trustee of the Local 135 JATC; SHANE STRILEY, an individual in his capacity as a former trustee of the Local 135 JATC; LARRY VALOAGA, an individual in his capacity as a former trustee of the Local 135 JATC; JEREMY AZEVEDO, an individual in his capacity as a trustee of the Local 135 JATC; CHRISTOPHER HOOKS, an individual in his capacity as a trustee of the Local 135 JATC; THOMAS BRACKETT, an individual in his capacity as a trustee of the Local 135 JATC; GEORGE TUIAANA, an individual in his capacity as a former alternate trustee of the Local 135 JATC,

Defendants.

And all related Counterclaimants and Counter-defendants

CASE NO: 2:25-cv-01626-JCM-NJK

**NOTICE OF SETTLEMENT**

**AND**

**STIPULATION AND JOINT REQUEST TO CONTINUE STAY OF PROCEEDINGS**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101

The Parties represented by undersigned counsel file this Notice of Settlement to inform the Court that the Parties have come to an agreement in principle regarding settlement terms to fully resolve all matters in the instant dispute. The Parties are in the process of memorializing these terms into a written agreement and expect to finish this process in the near future.

The Parties do request, however, that the Court maintain the stay in this action for 90 days. The terms of the Parties' agreement require that the Plaintiff/Counterdefendant International Association of Heat & Frost Insulators & Allied Workers, Local #135 (the "Union") conduct certain business items at its Union meetings, which will take more than one Union meeting and upwards of three months to complete. Consequently, the Parties request that the Court extend the stay for 90 additional days, to December 7, 2026. On or before that date, the Parties anticipate being able to file a joint stipulation to dismiss the instant action with prejudice. This additional request is not intended to delay this matter, but instead is intended to enable the parties finalize all issues and dismiss the case without further Court interaction.

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

Dated: September 8, 2026.

**FENNEMORE CRAIG, P.C.**

/s/ Ryan C. Curtis
Shannon S. Pierce (Bar No. 12471)
Ryan C. Curtis (Bar No. 12949)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
*Attorneys for Defendants/Counterclaimants Shane Striley, Jeremy Azevedo, Christopher Hooks, Thomas Brackett, and George Tuiaana*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes
Bryce C. Loveland
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
William D. Nobriga
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-2102
*Attorneys for Defendant/Counterclaimant Local 135 Joint Apprenticeship and Training Committee*

**REESE RING VELTO, PLLC**

/s/ Nathan R. Ring
Nathan R. Ring
Nevada Bar No. 12078
Alex R. Velto
Nevada Bar No. 14961
3100 W. Charlston Blvd., Ste. 208
Las Vegas, NV 89102
*Attorneys for Plaintiff / Counter-Defendants International Association of Heat & Frost Insulators & Allied Workers Local #135, Gerald Bragg, and Daniel Haguewood*

**ORDER**

**IT IS SO ORDERED.**

James C. Mahan
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 8, 2026

**Case No. 2:25-cv-01626-JCM-NJK**